(87 South. 925)

ONE STUDEBAKER AUTOMOBILE v. STATE. (6 Div. 82.) (Supreme Court of Alabama. Nov. 25, 1920.) Appeal from Circuit Court, Jefferson County; Horace C. Wilkinson, Judge. Burgin & Jenkins, of Birmingham, for appellant. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed for want of prosecution.

———

(87 South. 925)

PROFILE COTTON MILL et al. v. STATE ex rel. DEAN et al. (7 Div. 176.) (Supreme Court of Alabama. Jan. 11, 1921.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge.

PER CURIAM. Affirmed on certificate.

———

(38 South. 922)

PURVIS v. WILSON. (1 Div. 159.) (Supreme Court of Alabama. April 5, 1921.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

———

(87 South. 925)

RICKERSON v. RICKERSON. (8 Div. 221.) (Supreme Court of Alabama. Feb. 1, 1921.) Appeal from Circuit Court, Franklin County; C. P. Almon, Judge. Ray & Cooner, of Jasper, and William L. Chenault, of Russellville, for appellant. Travis Williams, H. D. Jones, and J. L. Orman, all of Russellville, for appellee.

PER CURIAM. Appeal dismissed by appellant.

———

(87 South. 925)

SEALS v. RODEN COAL CO. (2 Div. 751.) (Supreme Court of Alabama. Feb. 2, 1921.) Appeal from Circuit Court, Bibb County; B. M. Miller, Judge. Frank S. White & Sons, of Birmingham, for appellant. Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed on certificate.

———

(87 South. 925)

SLOSS–SHEFFIELD STEEL & IRON CO. v. PARSONS. (6 Div. 142.) (Supreme Court of Alabama. Nov. 17, 1920.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. Tillman, Bradley & Morrow, of Birmingham, for appellant. Beddow & Oberdorfer, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

———

(87 South. 925)

Ex parte SMITH. (8 Div. 280.) (Supreme Court of Alabama. Feb. 1, 1921.) W. H. Long, of Decatur, for appellant. J. Q. Smith, Atty. Gen., for appellee.

PER CURIAM. Petition of Bryan Smith for mandamus to Hon. O. Kyle, requiring him to transfer the case of Bryan Smith, a minor, charged with burglary, from the circuit court to the probate court for proper procedure, under the juvenile delinquent laws of the state. Petition dismissed.

———

(87 South. 925)

SMITH et al. v. MERCHANTS' & MECHANICS' TRUST & SAVINGS BANK. (6 Div. 123.) (Supreme Court of Alabama. Nov. 23, 1920.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge. Morris Loveman, of Birmingham, for appellant.

PER CURIAM. Appeal dismissed by agreement of parties.

———

(88 South. 922)

SNELL v. SNELL. (6 Div. 139.) (Supreme Court of Alabama. April 28, 1921.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. Ellis & Matthews, of Birmingham, for appellant. W. C. Davis, of Jasper, for appellee.

PER CURIAM. Appeal dismissed by appellant on agreement of parties.

———

(87 South. 925)

STATE v. KEY. (8 Div. 262.) (Supreme Court of Alabama. Feb. 10, 1921.) Appeal from Circuit Court, Lawrence County; C. P. Almon, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellant.

———

(87 South. 925)

STATE v. ONE FIVE PASSENGER BUICK AUTOMOBILE. (5 Div. 777.) (Supreme Court of Alabama. Dec. 16, 1920.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State. N. D. Denson & Sons, of Opelika, and H. A. Ferrell, of Seale, for appellee.

SOMERVILLE, J. Final decree was rendered January 15, 1920, and notice of appeal was served January 30, 1920. No certificate of appeal was ever filed, and the transcript of the record was not filed until September 10, 1920. The motion to dismiss the appeal must be granted. Rules 41, 42, Supreme Court Practice, 139 Ala. 318.

———

(87 South. 925)

STUDDARD v. CORONA COAL CO. (6 Div. 249.) (Supreme Court of Alabama. Jan. 13, 1921.) Appeal from Circuit Court, Walker County; T. L. Sowell, Judge. W. C. Davis, of Jasper, for appellant. A. F. Fite, of Jasper, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.